■■ STELLA LAROCCA et al., Respondents, v WALDBAUM'S SUPERMARKET, INC., Appellant. [646 NYS2d 462] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, McCarty, III, J. (Appeal from Order of Supreme Court, Nassau County, McCarty, III, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.

■■ KEVIN LEUDESDORFF, Appellant, v LAURA LEUDESDORFF, Respondent. [646 NYS2d 462] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly ordered that the award of temporary maintenance be retroactive to February 16, 1994, the date of the motion for temporary maintenance (*see*, Domestic Relations Law § 236 [B] [6] [a]; *Banks v Banks*, 148 AD2d 407). Contrary to plaintiff's contention, defendant submitted a statement of net worth with her motion for temporary maintenance and the court therefore did not err in entertaining the motion.

We have considered plaintiff's remaining contention and conclude that it is without merit. (Appeal from Order of Supreme Court, Nassau County, Burke, J.—Maintenance.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.